[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 18-15290
Non-Argument Calendar
_____

D.C. Docket No. 5:17-cr-00056-MTT-CHW-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JESSIE LEE HALL, JR.,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Middle District of Georgia
_____

(October 4, 2019)

Before MARCUS, WILLIAM PRYOR and BRANCH, Circuit Judges.

PER CURIAM:

Jonathan Dodson, appointed counsel for Jessie Hall in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hall's conviction and sentence are **AFFIRMED**.